**Brian P. Berson, Esq.**
California State Bar No. 130249
Law Offices of Brian P. Berson
235 Montgomery St., Suite 625
San Francisco, CA 94104
brian@bersonlaw.net
Telephone: (415) 788-2707
Facsimile: (415) 392-5275

Counsel for Defendant **DANIEL ARTINGER**

FILED
NOV 1 4 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 13-00260 CW |
| Plaintiff, | ) [PROPOSED] |
| | ) **ORDER TO EXONERATE BOND** |
| vs. | ) |
| DANIEL ARTINGER, et al. | ) |
| Defendants | ) |

Good cause appearing, defendant Artinger having voluntarily surrendered to the U.S. Marshall following his guilty plea, IT IS HEREBY ORDERED THAT bond posted in this case be EXONERATED. The clerk of court is directed to return any bail posted on the defendant's behalf.

SO ORDERED: _____

Date: 11/14/13

_/s/ Kandis Westmore_
KANDIS WESTMORE
UNITED STATES MAGISTRATE JUDGE